1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10

11  JAMES RALPH B.,                          Case No.: 23-cv-1841-DDL

12                              Plaintiff,   **ORDER GRANTING JOINT**
                                             **MOTION FOR VOLUNTARY**
13  v.                                       **REMAND**

14  KILOLO KIZAKAJI, Acting
    Commissioner of Social Security,         **[Dkt. No. 9]**
15
                              Defendant.
16

17         Before the Court is a Joint Motion for Voluntary Remand ("Joint Motion"), wherein

18  the parties move the Court for an order reversing the final decision of the Commissioner

19  and remanding the case to the Commissioner for further administrative proceedings

20  pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g),

21  sentence four.  *See* Dkt. No. 9.  The parties also request entry of a final judgment in

22  Plaintiff's favor.  *Id.* at 2.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, the Court **GRANTS** the Joint Motion and hereby further **ORDERS** that the final decision of the Commissioner is reversed.  The case is remanded to the Commissioner.  On remand, the Commissioner shall: (1) reevaluate the medical opinion evidence; (2) offer Plaintiff an opportunity for a hearing; (3) further develop the record as necessary, and (4) issue a new decision.  The Clerk of Court is respectfully requested to enter final judgment in favor of Plaintiff and against Defendant, and to terminate the case.

**IT IS SO ORDERED.**

Dated:  December 6, 2023

_____
Hon. David D. Leshner
United States Magistrate Judge