UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. B.,<br><br>                    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 23-cv-1841-DDL<br><br>**ORDER REQUIRING PLAINTIFF TO FILE ITEMIZED STATEMENT IN SUPPORT OF JOINT MOTION FOR FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)(1)(B)** |

On January 4, 2024, the parties filed a Joint Motion [Dkt. No. 12] seeking, in part, an award of attorney fees to Plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  The EAJA requires the party seeking an award of fees to include with their motion "an itemized statement from any attorney or expert witness representing or appearing on behalf of the party stating the actual time expended and the rate at which fees and other expenses were computed."  28 U.S.C. § 2412(d)(1)(B).

/ / /

/ / /

/ / /

/ / /

/ / /

By not later than **January 19, 2024**, Plaintiff's counsel shall file an itemized statement setting forth the information required under 28 U.S.C. § 2412(d)(1)(B).

**IT IS SO ORDERED.**

Dated: January 16, 2024

_David Leshner_
Hon. David D. Leshner
United States Magistrate Judge