UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. B.,<br><br>                    Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>                    Defendant. | Case No.: 23-cv-1841-DDL<br><br>**ORDER GRANTING JOINT MOTION FOR AWARD AND PAYMENT OF ATTORNEY'S FEES, EXPENSES, AND COSTS**<br><br>[Dkt. No. 12] |

On October 6, 2023, Plaintiff James R. B. ("Plaintiff") commenced this action against Defendant Kilolo Kijakazi ("Defendant") seeking review of Defendant's decision denying his claim for Social Security Disability Insurance benefits.[1] *See generally* Dkt. No. 1. Pursuant to 28 U.S.C. § 636(c), the parties consented to proceed before the undersigned Magistrate Judge. Dkt. No. 5. On December 1, 2023, the parties filed a Joint Motion for Voluntary Remand pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Dkt. No. 9. On December 6, 2023, the Court issued an Order reversing the final decision of the Commissioner and remanding the case for

---

[1] At the time Plaintiff filed his Complaint, Kilolo Kijakazi was the Acting Commissioner of Social Security. On December 20, 2023, Martin O'Malley became the Commissioner of Social Security.

1

reevaluation. Dkt. No. 10. On the same date, pursuant to this Court's Order, the Clerk of Court entered a final judgment in favor of Plaintiff. Dkt. No. 11.

Before the Court is the parties' Joint Motion seeking an award of attorney's fees to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Dkt. No. 12. On January 18, 2024, pursuant to this Court's order, Plaintiff filed a supplemental response to the Joint Motion containing an itemized statement of fees billed by Plaintiff's counsel. Dkt. No. 14; *see* 28 U.S.C. § 2412(d)(1)(B). Plaintiff does not seek an award of costs under 28 U.S.C. § 1920. *See id*. at 2. Based upon the parties' Joint Motion and the information presented in support thereof, the Joint Motion is **GRANTED**.

For the foregoing reasons, **IT IS HEREBY ORDERED** that Plaintiff is awarded attorney's fees in the amount of TWO THOUSAND TWENTY-ONE DOLLARS AND SIXTY CENTS ($2,021.60), as authorized by 28 U.S.C. § 2412. Such amounts are subject to any offset as determined by the United States Department of Treasury.

**IT IS SO ORDERED.**

Dated: January 23, 2024

Hon. David D. Leshner
United States Magistrate Judge